COOLEY LLP
REUBEN H. CHEN (228725)
(rchen@cooley.com)
LAM K. NGUYEN (265285)
(lnguyen@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

Attorneys for Defendant
Events.com, Inc.

COOLEY LLP
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: +1 415 693 2000
Facsimile:  +1 415 693 2222

Attorneys for Defendant
Events.com, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EVENTS.COM, INC.,<br><br>Defendant. | Case No. 3:21-CV-00360-ABJ-MDD<br><br>**DEFENDANT EVENTS.COM, INC.'S ANSWER TO COMPLAINT** |

Defendant Events.com, Inc. ("Events.com" or "Defendant") hereby answers the Complaint for Patent Infringement ("Complaint") of Plaintiff Scanning Technologies Innovations ("STI" or "Plaintiff") as follows:

**PARTIES AND JURISDICTION**

1. Events.com admits that the Complaint purports to state a cause of action for patent infringement under the Patent Laws of the United States, Title 35 of United States Code. Events.com denies all allegations of infringement and denies that STI is entitled to any relief.

2. Events.com admits that the Complaint purports to state a cause of action for patent infringement under the Patent Laws of the United States, Title 35 of United States Code and this Court has subject matter jurisdiction on that basis.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

EVENTS.COM'S ANSWER TO
COMPLAINT
3:21-CV-00360-CAB-MDD

3. Denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

4. Admitted.

5. Events.com admits that this Court has personal jurisdiction over Events.com for this case only. Events.com denies all allegations of infringement.

6. Events.com admits that it conducts business in this district. Events.com denies all allegations of infringement.

## VENUE

7. Admitted.

## COUNT I

## ALLEGED INFRINGEMENT OF

## UNITED STATES PATENT NO. 10,600,101

8. Events.com incorporates paragraphs 1 through 7 as if fully set forth herein.

9. Events.com admits that the Complaint purports to state a cause of action for patent infringement under the Patent Laws of the United States, Title 35 of United States Code. Events.com denies all allegations of infringement and denies that STI is entitled to any relief.

10. Denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

11. Events.com admits that Exhibit A purports to be a copy of the '101 patent.

12. Denied.

13. Denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

14. Denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

15. Denied, because Events.com is without knowledge or information

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

EVENTS.COM'S ANSWER TO
COMPLAINT
3:21-CV-00360-CAB-MDD

sufficient to form a belief as to the truth of the averments.

16. Denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

17. Denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

18. Denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

19. Denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

20. Denied.

21. Denied.

22. The allegations contained in this paragraph contain legal conclusions to which no response is required. To the extent a response is required, denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

23. The allegations contained in this paragraph contain legal conclusions to which no response is required. To the extent a response is required, denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

24. The allegations contained in this paragraph contain legal conclusions to which no response is required. To the extent a response is required, denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

25. The allegations contained in this paragraph contain legal conclusions to which no response is required. To the extent a response is required, denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

26. The allegations contained in this paragraph contain legal conclusions to

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

EVENTS.COM'S ANSWER TO
COMPLAINT
3:21-CV-00360-CAB-MDD

which no response is required.  To the extent a response is required, denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

27.   The allegations contained in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

28.   The allegations contained in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

29.   The allegations contained in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

30.   The allegations contained in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.

31.   The allegations contained in this paragraph contain legal conclusions to which no response is required.  To the extent a response is required, denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.  Events.com denies that STI is entitled to injunctive relief.

32.   The allegations contained in this paragraph contain legal conclusions to which no response is required.  To the extent a response is require, denied, because Events.com is without knowledge or information sufficient to form a belief as to the truth of the averments.  Events.com denies that STI is entitled to injunctive relief.

33.   Denied, because Events.com is without knowledge or information

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4

EVENTS.COM'S ANSWER TO
COMPLAINT
3:21-CV-00360-CAB-MDD

sufficient to form a belief as to the truth of the averments.

## PLAINTIFF'S PRAYER FOR RELIEF

34. To the extent any response is required to any paragraph of Plaintiff's Prayer for Relief: Denied.

## EVENTS.COM'S DEFENSES

Without assuming any burden that it would not otherwise have, and reserving its right to amend its answer as additional information becomes available, Events.com asserts the following defenses:

## FIRST DEFENSE: NON-INFRINGEMENT

Events.com has not infringed and does not infringe, literally or under the doctrine of equivalents, directly or indirectly, any valid and enforceable claim of the '101 patent.

## SECOND DEFENSE: INVALIDITY

One or more claims of the '101 patents are invalid for failure to satisfy the conditions of patentability set forth in 35 U.S.C. §§ 101 *et seq*.

## THIRD DEFENSE: LACHES, ESTOPPEL, WAIVER, UNCLEAN HANDS

STI is barred or limited from recovery in whole or in part by the doctrines of waiver, estoppel and/or unclean hands.

## FOURTH DEFENSE: NO INJUNCTIVE RELIEF

STI is not entitled to any injunctive relief as STI has, at a minimum, no irreparable injury, and an adequate remedy at law.

## FIFTH DEFENSE: LIMITATION OF DAMAGES

STI's right to seek damages is limited by statute, including without limitation, by 35 U.S.C. §§ 286 and/or 287.

## ADDITIONAL DEFENSES

Events.com reserves the right to assert additional defenses, including but not limited to inequitable conduct, after further investigation and discovery.

## DEMAND FOR JURY TRIAL

Events.com hereby demands a trial by jury for all issues so triable.

Dated: May 17, 2021

/s/ Benjamin Kleine
COOLEY LLP
REUBEN H. CHEN (228725)
(rchen@cooley.com)
LAM K. NGUYEN (265285)
(lnguyen@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:  +1 650 843 5000
Facsimile:   +1 650 849 7400

COOLEY LLP
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:  +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
Events.com, Inc.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

6

EVENTS.COM'S ANSWER TO
COMPLAINT
3:21-CV-00360-CAB-MDD

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on May 17, 2021, with a copy of this document via the Court's CM/ECF system per Local Rules. Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

By: */s/ Benjamin Kleine*

7

EVENTS.COM'S ANSWER TO
COMPLAINT
3:21-CV-00360-CAB-MDD

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO