COOLEY LLP
REUBEN H. CHEN (228725)
(rchen@cooley.com)
LAM K. NGUYEN (265285)
(lnguyen@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: +1 650 843 5000
Facsimile:  +1 650 849 7400

Attorneys for Defendant
Events.com, Inc.

COOLEY LLP
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: +1 415 693 2000
Facsimile:  +1 415 693 2222

Attorneys for Defendant
Events.com, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EVENTS.COM, INC.,<br><br>Defendant. | Case No. 3:21-CV-00360-CAB-MDD<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective June 7, 2021, Cooley LLP will have relocated its San Francisco office as shown below:

Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004

1     PLEASE TAKE FURTHER NOTICE that our firm's telephone and facsimile numbers and e-mail addresses remain the same.

    All notices and other documents regarding this action should be sent to the above address as of June 7, 2021.

Dated: June 1, 2021                        COOLEY LLP

                                           */s/ Benjamin H. Kleine*
                                           Benjamin H. Kleine

                                           Attorney for Defendant
                                           Events.com, Inc.

251010643