STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Scanning Technologies Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>EVENTS.COM, INC.,<br><br>*Defendant.* | CASE NO.: 3:21-cv-00360-CAB-MDD<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Scanning Technologies Innovations, LLC and Defendant Events.com. Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: June 11, 2021 | Respectfully submitted, |
| | /s/Stephen M. Lobbin |
| | Stephen M. Lobbin |
| | sml@smlavvocati.com |
| | SML AVVOCATI P.C. |
| | 888 Prospect Street, Suite 200 |
| | San Diego, California 92037 |
| | (949) 636-1391 (Phone) |
| | **Attorney(s) for Plaintiff Scanning Technologies Innovations, LLC** |
| | /s/ Reuben H. Chen |
| | COOLEY LLP |
| | REUBEN H. CHEN (228725) |
| | (rchen@cooley.com) |
| | LAM K. NGUYEN (265285) |
| | (lnguyen@cooley.com) |
| | 3175 Hanover Street |
| | Palo Alto, CA 94304-1130 |
| | Telephone: +1 650 843 5000 |
| | Facsimile: +1 650 849 7400 |
| | COOLEY LLP |
| | BENJAMIN H. KLEINE (257225) |
| | (bkleine@cooley.com) |
| | 101 California Street, 5th Floor |
| | San Francisco, CA 94111-5800 |
| | Telephone: +1 415 693 2000 |
| | Facsimile: +1 415 693 2222 |
| | **Attorneys for Defendant Events.com, Inc.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically on June 11, 2021, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service or email.

*/s/Stephen M. Lobbin*
**Stephen M. Lobbin**